```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
ROBERTO NUNEZ,                                              :
                                                            :
                              Petitioner,                   :    18-CV-5627 (ER) (OTW)
                                                            :
              -against-                                     :    **ORDER**
                                                            :
J. COLLADO,                                                 :
                                                            :
                              Defendant.                    :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

Having examined the amended petition (ECF 17) under 28 U.S.C. § 2254, the Court hereby ORDERS that:

The Clerk of Court shall serve a copy of this Order and of the petition on the Attorney General of the State of New York by certified mail to 28 Liberty Street, New York, New York, 10005; and on the District Attorney of New York County by certified mail to One Hogan Place, New York, New York 10013.

Respondent shall file and serve (1) an answer to the petition, and (2) the transcripts and briefs identified in Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts within sixty days of this Order, *i.e.*, by **April 11, 2021**.

Petitioner may file and serve reply papers, if any, within thirty days of the date he is served with Respondent's answer, *i.e.*, by **May 11, 2021**.

The STAY of habeas proceedings ordered on September 5, 2018 (ECF 15) is hereby LIFTED.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Petitioner.

**SO ORDERED.**

Dated: February 10, 2021
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge